

LODGED
CLERK, U.S. DISTRICT COURT

MAR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority   ✓
Send       ✓
Enter      ✓
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOLLIS, | Case No. CV 07-4117-SVW(RC) |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| DIRECTOR OF CORRECTIONS (C.D.C.), JOHN MARSHALL (Warden) HANSEN (M.D.) ELLEN GREENMAN, M.D. (C.M.O.) HEPATITIS-C (Committee), | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) defendants' motion to dismiss the complaint and action under Rule 12(b)(6) for failure to state a claim upon which relief can be granted is granted, and Judgment shall be entered accordingly.

1       IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2   Order and the Magistrate Judge's Report and Recommendation by the

3   United States mail on the parties.

4

5   DATED: _____6/2/08_____

6                       _____

7                           STEPHEN V. WILSON
                       UNITED STATES DISTRICT JUDGE

8   R&R\07-4117.ado
    3/10/08

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28