LODGED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOLLIS, | ) Case No. CV 07-4117-SVW(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| DIRECTOR OF CORRECTIONS (C.D.C.), JOHN MARSHALL (Warden) HANSEN (M.D.) ELLEN GREENMAN, M.D. (C.M.O.) HEPATITIS-C (Committee), | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the complaint and action for failing to state a claim upon which relief can be granted.

DATED: 6/2/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

R&Rs\07-4117.JUD
3/10/08